UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RUBEN MONSALVE,**

       **Plaintiff,**　　　　　　　**CASE NO. 8:17-cv-02941-SDM-TGW**

vs.

**SELECT PORTFOLIO SERVICING, INC.**

       **Defendant.**
_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that the parties have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that on March 09, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

       Respectfully submitted,

       /s/ *Jon Dubbeld*_____
       Jon P. Dubbeld, Esq.
       Fla. Bar No. 105869
       Berkowitz & Myer
       4900 Central Ave
       St. Petersburg, Florida 33707
       Telephone: (727) 344-0123
       Jon@berkmyer.com
       *Attorneys for Plaintiff*