UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUBEN MONSALVE,

    Plaintiff,

v.                                            CASE NO. 8:17-cv-2941-T-23TGW

SELECT PORTFOLIO SERVICING,
INC.,

    Defendant.
_____/

## **ORDER**

    The plaintiff announces (Doc. 19) a pending settlement. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The clerk is directed to close the case.

    ORDERED in Tampa, Florida, on March 13, 2018.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE